# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Alan Ivan Ibarra**<br>DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07605MJ |

Complaint for violation of Title 18, United States Code, Section 922(n)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 7, 2020, in the District of Arizona, Alan Ivan Ibarra, under indictment for a crime punishable by imprisonment for a term exceeding one year, and knowing he was under such indictment, did knowingly receive a firearm which had been shipped or transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 5, 2020, in Pima County Superior Court, Alan Ivan Ibarra was indicted on various narcotics and firearm-related felony charges. Ibarra had his initial appearance on March 12, 2020, at which he personally appeared and was informed of these charges against him. This indictment remains currently pending against Ibarra.

On October 7, 2020, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a search warrant at 1606 West Circle B Drive, Tucson, Arizona. Ibarra resides at the residence with his girlfriend and his girlfriend's parents. During the execution of the search warrant, agents seized a Beretta model 92FS 9mm caliber pistol. The Beretta pistol had a distinguishable gold grip with the inscription "VERSACE." Ibarra's girlfriend's father told agents he purchased the Beretta pistol in early September 2020. An ATF interstate nexus expert determined that the Beretta pistol traveled in interstate and/or foreign commerce.

Also during execution of the search warrant, agents seized an Apple iPhone belonging to Ibarra. On this iPhone, agents located a nine-second video, dated September 28, 2020, depicting Ibarra riding in a vehicle, holding and brandishing the Beretta pistol. The distinguishable gold grip with the inscription "VERSACE" was visible in this video.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>ATF Special Agent Creighton Brandt |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 7, 2020 |

[1] See Federal rules of Criminal Procedure rules 3, 4.1, and 54